NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY J. LAROCCO,

       Appellant,

v.                                  Case No. 2D19-1746

STATE OF FLORIDA,

       Appellee.
_____

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Danny J. Larocco, pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


       Affirmed.


SILBERMAN, BADALAMENTI, and ATKINSON, JJ., Concur.